## (September 19, 1968)

■ HARRY KAPLAN, Respondent, v. LONG ISLAND RAIL ROAD COMPANY et al., Appellants.— Order appealed from, entered May 2, 1968, unanimously affirmed, without costs and without disbursements. Herein defendant Long Island Rail Road Company acknowledged receipt of a copy of a notice of claim within the statutory·period. Concur — Botein, P. J., Stevens, Eager, Tilzer and Rabin, JJ.

■ THEODORE S. WILLIAMS, Appellant, v. SARA WILLIAMS, Respondent.— Appeal from order entered April 10, 1968, unanimously dismissed, without costs and without disbursements. The order appealed from is not appealable as of right. Concur — Botein, P. J., Stevens, Eager, Tilzer and Rabin, JJ.

■ THEODORE R. BLACK et al., Appellants, v. ARTHUR W. GRAEF, as Temporary Administrator of the Estate of ROBERT D. KAUFMANN, Deceased, Respondent.— Order and judgment dismissing the complaint in this action to recover for legal services rendered to the former temporary administrator of a decedent's estate, unanimously affirmed, without costs or disbursements, and without prejudice to plaintiffs' right to seek any relief which may be available to them, if any, in the Surrogate's Court. This action should not have been brought in the Supreme Court and plaintiffs should be relegated to their remedies, if any, in the Surrogate's Court. Concur — Eager, J. P., Steuer, Capozzoli, McGivern and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVADOR AGRON.— Motion to dismiss appeal granted pursuant to subdivision 3 of section 517 of the Code of Criminal Procedure. Concur — Stevens, J. P., Eager, Capozzoli, McGivern and Rabin, JJ.

## (September 26, 1968)

### (Republished)

■ THEODORE S. WILLIAMS, Appellant, v. SARA WILLIAMS, Respondent.— Appeal from order entered April 10, 1968, unanimously dismissed, without costs and without disbursements. The order appealed from is not appealable as of right. The order of this court entered on September 19, 1968 [30 A D 2d 920] is vacated. Concur — Botein, P. J., Stevens, Eager, Tilzer and Rabin, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1968

## (September 5, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DARRYL BAINES et al., Relators, v. GEORGE F. McGRATH, as Commissioner of Correction, Respondent. — Upon the return of the writ of habeas corpus (bail reduction), application denied, writ dismissed, without costs; relators remanded to the custody of the respondent. Beldock, P. J., Christ, Brennan, Munder and Martuscello, JJ., concur.